THE PEOPLE *ex rel.* John Fahey *et al. vs.* ROY BURR *et al.*—
(THE PEOPLE OF THE STATE OF ILLINOIS, Defendant
in Error, *vs.* EUGENE McCAFFREY *et al.* Plaintiffs in
Error.)
          *Opinion filed February 17, 1925.*

This case is controlled by the decision in *People* v. *Burr,* (*post,*
p. 166.)

WRIT OF ERROR to the Second Division of the Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding.

MORSE IVES, THOMAS E. SWANSON, and CHARLES P. R. MACAULAY, for plaintiffs in error.

WEYMOUTH KIRKLAND, (WILLIAM H. SYMMES, of counsel,) for the People.

Mr. JUSTICE DUNN delivered the opinion of the court:

The Appellate Court for the First District affirmed a judgment of the superior court of Cook county adjudging the plaintiffs in error, Eugene McCaffrey and Frank McDonnell, guilty of a contempt of court and sentenced each of them to imprisonment in the county jail for ten days and to pay a fine of $500. They sued out a writ of error to review the judgment of the Appellate Court and also applied for a writ of *certiorari,* which was allowed and issued. A judgment has been rendered this day on the writ of error which affirms the judgment of the Appellate Court and disposes of the litigation. (*People* v. *Burr, post,* p. 166.) This writ will therefore be dismissed.     *Writ dismissed.*